# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., *Plaintiffs,* v. GREGORY W. ABBOTT, et al., *Defendants.* | Consolidated Civil Action No.: 5:21-CV-00844-XR |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Proposed Intervenors Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee, and National Republican Congressional Committee (collectively, "Republican Committees") hereby appeal to the United States Court of Appeals for the Fifth Circuit from this Court's November 18, 2021 Order, ECF 122, denying the Republican Committees' Motion to Intervene.

1

Respectfully submitted,

November 18, 2021

*/s/ John M. Gore*
John M. Gore
E. Stewart Crosland*
Stephen J. Kenny*
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Phone: (202) 879-3939
Fax: (202) 626-1700
jmgore@jonesday.com
scrosland@jonesday.com
skenny@jonesday.com

*Counsel for Proposed Intervenor-Defendants*

**Pro hac vice* applications filed

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2021, I served counsel of record via the Court's CM/ECF system.

*/s/ John M. Gore*
*Counsel for Proposed Intervenor-Defendants*
