

1700 Seventh Ave, Suite 2100 | Seattle, WA 98101

December 1, 2022

Lyle W. Cayce
Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
F. Edward Herbart Building
600 S. Maestri Place
Suite 115
New Orleans, LA 70130-3408

    **RE:**     Notice of Withdrawal of Attorney Jonathan P. Hawley in *La Union del Pueblo Entero v. Harris County Republican Party*, Case No. 21-51145

Dear Mr. Cayce:

    I, Jonathan P. Hawley, am counsel for Plaintiffs-Appellees LULAC Texas, Vote Latino,[1] Texas Alliance for Retired Americans, and Texas AFT ("LULAC Plaintiffs-Appellees"). I hereby notify this Court of my withdrawal as counsel for LULAC Plaintiffs-Appellees. LULAC Plaintiffs-Appellees will continue to be represented by lead counsel Uzoma N. Nkwonta of Elias Law Group LLP, Noah Baron of Elias Law Group LLP, and Graham W. White of Elias Law Group LLP, and John R. Hardin of Perkins Coie LLP.

    I respectfully request that this Court enter an order permitting me to withdraw from this action as counsel of record for LULAC Plaintiffs-Appellees.

        Sincerely,

        Jonathan Hawley
        Elias Law Group LLP
        1700 Seventh Avenue
        Suite 2100
        Seattle, WA 98101
        Tel: (206) 656-0179
        Fac: (202) 968-4498
        jhawley@elias.law

---

[1] The case caption erroneously refers to Voto Latino as "Vote Latino." LULAC Plaintiffs-Appellees intend to file a letter with the Clerk's office requesting that the caption be corrected.